IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| IRA JAMES BALDWIN | § | |
| VS. | § | CIVIL ACTION NO. 9:23-cv-140 |
| DANIEL DICKERSON | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Ira James Baldwin, an inmate formerly confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this lawsuit pursuant to 42 U.S.C. § 1983.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff submitted an Application to Proceed *In Forma Pauperis* in this action. A review of the Application revealed Plaintiff should pay an initial partial filing fee. Accordingly, on September 26, 2023, Plaintiff was ordered to pay an initial partial filing fee of $13.00. Plaintiff's compliance was due on or before the expiration of thirty (30) days from the date of the order.

Plaintiff failed to comply with the order of the court. Accordingly, on December 14, 2023, the undersigned entered a Report recommending dismissal of the action without prejudice for want of prosecution.

Plaintiff filed a response to the Report in which he asserted that he had recently had money deposited into his prisoner account, and he requested additional time to obtain a withdrawal slip to pay the initial partial filing fee as ordered. On December 8, 2023, the court granted Plaintiff's motion for an extension of time to submit the initial partial filing fee. Plaintiff's compliance was due on or before the expiration of thirty (30) days from the date of the order.

On February 20, 2024, Plaintiff filed a second motion for extension of time to submit the initial partial filing fee. The court granted Plaintiff's motion on March 4, 2024 providing Plaintiff an additional thirty days to pay the initial partial filing fee.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.,* 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)).

As of this date, Plaintiff has failed to pay the initial partial filing fee as ordered. Accordingly, Plaintiff has failed to diligently prosecute this case. Therefore, this action should be dismissed without prejudice pursuant to FED. R. CIV. P. 41(b).

## Recommendation

This action should be dismissed without prejudice pursuant to FED. R. CIV. P. 41(b).

## Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *See Douglass v. United*

*Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 24th day of June, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE